IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mayes Jr, Joe T | Case Number: 05 B 60031 |
|---|---|---|
| | Mayes, Latosha M | Judge: Goldgar, A. Benjamin |
| | Printed: 10/16/07 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  October 11, 2007
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,892.76 | |
| Secured: | | 33,294.23 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,594.00 |
| Trustee Fee: | | 2,004.53 |
| Other Funds: | | 0.00 |
| Totals: | 37,892.76 | 37,892.76 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Navy Federal Credit Union | Secured | 42,025.00 | 21,163.89 |
| 4. | Navy Federal Credit Union | Secured | 9,732.12 | 4,901.13 |
| 5. | Wells Fargo Home Mortgage | Secured | 31,210.55 | 7,229.21 |
| 6. | B-Line LLC | Unsecured | 357.54 | 0.00 |
| 7. | Harley Davidson Credit | Unsecured | 1,590.58 | 0.00 |
| 8. | Advocate Medical Group S.C. | Unsecured | 212.80 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 4,374.26 | 0.00 |
| 10. | T Mobile | Unsecured | 348.27 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 1,100.00 | 0.00 |
| 12. | Navy Federal Credit Union | Unsecured | 9,119.87 | 0.00 |
| 13. | Navy Federal Credit Union | Unsecured | 2,795.12 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 2,443.04 | 0.00 |
| 15. | Navy Federal Credit Union | Unsecured | 232.60 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 624.81 | 0.00 |
| 17. | Verizon Wireless | Unsecured | 283.70 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 695.72 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 2,474.69 | 0.00 |
| 20. | Tennessee Student Assistance | Unsecured | 21,840.10 | 0.00 |
| 21. | Alberts Jewelers | Unsecured | | No Claim Filed |
| 22. | American General Finance | Unsecured | | No Claim Filed |
| 23. | Orchard Bank | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | PB-ENG/GEMB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mayes Jr, Joe T             Case Number:  05 B 60031
            Mayes, Latosha M            Judge:  Goldgar, A. Benjamin
            Printed:  10/16/07          Filed:  10/15/05

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Lake Imaging LLC | Unsecured | | No Claim Filed |
| 28. | Goodyear | Unsecured | | No Claim Filed |
| 29. | Navy Exchange Service Command | Unsecured | | No Claim Filed |
| 30. | Renaissance Medical Group | Unsecured | | No Claim Filed |
| 31. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| 32. | Sprint | Unsecured | | No Claim Filed |
| 33. | Risk Management Alternatives | Unsecured | | No Claim Filed |

                                                    _____          _____
                                                    $ 134,054.77        $ 35,888.23

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,019.63 |
| 5% | 387.80 |
| 4.8% | 233.41 |
| 5.4% | 363.69 |
| | _____ |
| | $ 2,004.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_____